IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARY BRUNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 04-2782 DP |
| | ) | |
| FEDERATED DEPARTMENT STORES, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

### ORDER TEMPORARILY STAYING DISCOVERY

Before the court is Defendants' motion for protective order, filed March 31, 2005. On April 25, 2005, the Court held a hearing on the motion. Counsel for all parties were present and heard. At the hearing, the parties informed the Court that plaintiff and defendants each have filed a dispositive motion on all issues in this lawsuit. For good cause shown, the Court hereby orders that discovery be stayed until July 1, 2005.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

4/25/05
Date

-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02782 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Joseph Michael Cook
OFFICE OF JOSEPH M. COOK
1707 Kirby Pkwy.
Ste. 200
Memphis, TN 38120

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT