# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ____ D.C.

05 APR 29 PM 3: 27

ROBERT R. DI TROLIO
CLE___ U.S. DIST. CT.
W___ TN, MEMPHIS

MARY BRUNSON, Individually,
and as Executor of the Estate of
Naomi Attanasio, Deceased,

    Plaintiff,

v.                                    No. 04-2782-DP

FEDERATED DEPARTMENT STORES,
INC., and METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendants.

## ORDER GRANTING DEFENDANTS' COMBINED MOTION AND MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT

Federated Department Stores, Inc. ("Federated") and Metropolitan Life Insurance Company ("MetLife") (collectively "Defendants"), have filed a Motion for Leave to file the Reply Memorandum in Support of Motion for Judgment which is appended to their Combined Motion and Memorandum, and it appearing that leave to reply should be granted,

IT IS HEREBY ORDERED that Defendants are granted leave to file the Reply Memorandum which is appended to their Motion for Leave, and the same is considered filed.

                                       Bernice B. Donald, United States District Judge

                                       Date April 25, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5-2-05

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02782 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Joseph Michael Cook
OFFICE OF JOSEPH M. COOK
1707 Kirby Pkwy.
Ste. 200
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT